**Order filed January 10, 2023**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-22-00745-CV
_____

**LAKEESHA NICOLE HAMPTON, Appellant**

**V.**

**RAYLA TANAE THORNTON, Appellee**

---

**On Appeal from the 280th District Court
Harris County, Texas
Trial Court Cause No. 2022-54001**

---

## O R D E R

Appellant's brief was due December 28, 2022. No brief or motion for extension of time has been filed.

Accordingly, we order appellant to file a brief with this court within thirty (30) days of the date of this order. If appellant fails to do so, the appeal is subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Wise, Jewell and Poissant.